IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ROUSER, | ) | No. C 10-3470 LHK (PR) |
| Petitioner, | ) | |
| | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 9, 2010. Petitioner seeks habeas relief from his underlying criminal conviction and sentence from the Superior Court of California in Sacramento, which lies in the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Eastern District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district of Petitioner's conviction at issue in this petition. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.10\Rouser470trans.wpd

1 | and transfer the entire file to the Eastern District of California.

2 |     IT IS SO ORDERED.

3 | DATED: _____8/26/2010_____      __*Lucy H. Koh*_____
4 |                                                       LUCY H. KOH
                                                      United States District Judge