IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,                         No. 2:10-cv-2437 MCE JFM (HC)

        Petitioner,

    vs.                                   ORDER

STATE OF CALIFORNIA,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 29, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1          1.  The findings and recommendations filed June 29, 2011 (ECF No. 19) are

2   ADOPTED in full; and

3          2.  Petitioner's May 18, 2011 motion for default judgment is DENIED.

4   Dated:  August 29, 2011

5

6   _____
    MORRISON C. ENGLAND, JR.

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26