UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER, | No. 2:10-cv-2437 MCE CKD (HC) |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

On October 7, 2011, the Court dismissed Petitioner's petition for writ of habeas corpus as successive and time-barred. ECF Nos. 20, 23. On October 9, 2014, Petitioner filed a "Motion Under FRCP 60(b)." ECF No. 31.

A district court may reconsider a ruling under Federal Rule of Civil Procedure 60(b). See Sch. Dist. No. 1J, Multnomah Cnty. v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Liberally construed, Petitioner's motion is directed at the Court's finding that this action is time barred. Petitioner makes no attempt to argue that this case should not have been dismissed as successive. After reviewing the motion, the Court finds that Petitioner has not provided sufficient grounds to vacate the judgment.

1   Accordingly, IT IS HEREBY ORDERED that Petitioner's October 9, 2014 "Motion
2 Under FRCP 60(b)" (ECF No. 31) is DENIED.
3   IT IS SO ORDERED.
4 Dated: November 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT