UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM ROUSER, | No. 2:10-cv-2437 MCE CKD P |
| --- | --- |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

On February 24, 2016, the Ninth Circuit remanded to this Court for a determination as to whether a certificate of appealability, referenced in 28 U.S.C. § 2253, should be granted with respect to this Court's November 17, 2015 denial of Petitioner's October 9, 2014 "Motion Under FRCP 60(b)." For reasons stated in the November 17, 2015 order, the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: February 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT